

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIFE TECHNOLOGIES CORPORATION and
APPLIED BIOSYSTEMS LLC,

                    Plaintiffs,

-against-

AB SCIEX PTE. LTD. and
DH TECHNOLOGIES DEVELOPMENT
PTE. LTD.,

                    Defendants.

11 Civ. 0325 (RJH)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time for Defendants AB Sciex Pte. Ltd. and DH Technologies Development Pte. Ltd. to respond to Plaintiff's Motion for Preliminary Injunction be extended to and include February 11, 2011. Plainitiffs will submit their reply, if any, on or before February 18, 2011. Defendants' response is currently due on February 4, 2011. There have been no previous requests for an extension of time.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants AB Sciex Pte. Ltd. and DH Technologies Development Pte. Ltd. will not argue that Plaintiffs' agreement to this extension is a basis to deny Plaintiffs' motion for a preliminary injunction.

**IT IS FURTHER STIPULATED AND AGREED** that the time for Defendants AB Sciex Pte. Ltd. and DH Technologies Development Pte. Ltd. to answer or otherwise respond to the Complaint be extended to and include March 4, 2011. The Answer is currently due on February 11, 2011. There have been no previous requests for an extension of time to respond to the Complaint.



Dated:       February 2, 2011

By: _Stanley K Shapiro /m_  
Stanley K. Shapiro  
225 Broadway, Suite 1803  
New York, New York 10007  
(212) 693-1076  
stanleykshapiro@aol.com  
*Attorney for Life Technologies Corporation and Applied Biosystems, LLC*

By: _____  
WILLIAMS & CONNOLLY LLP  
Tobin J. Romero  
725 12th Street, NW  
Washington, D.C. 20005  
(202) 434-5000  
(202) 434-5029 (fax)  
tromero@wc.com  
*Attorney for AB Sciex Pte. Ltd. and DH Technologies Development Pte. Ltd.*

So Ordered, __2/2/11__, 2011

_____  
Hon. Richard J. Holwell  
United States District Court Judge