UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIFE TECHNOLOGIES CORPORATION
and APPLIED BIOSYSTEMS, LLC,

          Plaintiffs,

    -against-

AB SCIEX PTE. LTD. and
DH TECHNOLOGIES DEVELOPMENT
PTE LTD.,

          Defendants.

---

11 Civ. 0325 (RJH)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3[c] of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stanley K. Shapiro a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | T. CHRISTOPHER DONNELLY |
| Firm Name: | Donnelly, Conroy & Gelhaar, LLP |
| Address: | One Beacon Street, 33rd Floor |
| City/State/Zip: | Boston, MA 02108 |
| Phone Number: | (617) 720-2880 |
| Fax Number: | (617) 720-3554 |

T. Christopher Donnelly is a member in good standing of the Bar of the Commonwealth State of Massachusetts.

There are no pending disciplinary proceeding against T. Christopher Donnelly.

Dated: February 14, 2011
    New York, New York

Yours, etc.,

STANLEY K. SHAPIRO, Esq.
Attorney for Plaintiffs
225 Broadway, Suite 1803
New York, NY 10007
(212) 693-1076
Fax No.: 212-406-3677

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIFE TECHNOLOGIES CORPORATION
and APPLIED BIOSYSTEMS, LLC,

                Plaintiffs,

-against-

AB SCIEX PTE. LTD. and
DH TECHNOLOGIES DEVELOPMENT
PTE LTD.,

                Defendants.

---

11 Civ. 0325 (RJH)

ORDER FOR ADMISSION
PRO HAC VICE

      Upon the motion of Stanley K. Shapiro, attorney for plaintiffs Life Technologies Corporation and Applied Biosystems, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED that**

| | |
|---|---|
| Applicant's Name: | T. CHRISTOPHER DONNELLY |
| Firm Name: | Donnelly, Conroy & Gelhaar, LLP |
| Address: | One Beacon Street, 33rd Floor |
| City/State/Zip: | Boston, MA 02108 |
| Phone Number: | (617) 720-2880 |
| Fax Number: | (617) 720-3554 |

is admitted to practice pro hac vice as counsel for plaintiffs Life Technologies Corporation and Applied Biosystems, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:     New York, NY
              February  , 2011

                                                Richard J. Holwell, U.S.D.J.

United States District Court
Southern District of New York

---

LIFE TECHNOLOGIES CORPORATION
and APPLIED BIOSYSTEMS, LLC,

                    Plaintiffs,

            -against-

AB SCIEX PTE. LTD. and
DH TECHNOLOGIES DEVELOPMENT
PTE LTD.,

                    Defendants.

11 Civ. 0325 (RJH)

AFFIDAVIT OF STANLEY K. SHAPIRO
IN SUPPORT OF MOTION TO ADMIT
T. CHRISTOPHER DONNELLY AS
COUNSEL PRO HAC VICE

---

State of New York  )
                         ) ss.:
County of New York)

      STANLEY K. SHAPIRO, being duly sworn, hereby deposes and says as follows:

      1. I am attorney for plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit T. Christopher Donnelly as counsel pro hac vice to represent Plaintiffs in this matter.

      2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1981. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

      3. I have known Mr. Donnelly since 1977.

      4. Mr. Donnelly is a partner in the firm of Donnelly, Conroy & Gelhaar in Boston, MA.

      5. I have found Mr. Donnelly to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of T. Christopher Donnelly, pro hac vice.

7. I respectfully submit a proposed order granting the admission of T. Christopher Donnelly, pro hac vice, which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit T. Christopher Donnelly, pro hac vice, to represent plaintiffs in the above captioned matter, be granted.

_____
Stanley K. Shapiro

Sworn to before me this
14th day of February, 2011.

_____
NOTARY PUBLIC

SUSAN DADARIO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DA4930120
Qualified in Bronx County
Commission Expires May 9, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LIFE TECHNOLOGIES CORPORATION and
APPLIED BIOSYSTEMS, LLC,

                        Plaintiffs,

             -against-

AB SCIEX PTE. LTD. and
DH TECHNOLOGIES DEVELOPMENT
PTE LTD.,

                        Defendants.
-----------------------------------------------------------x

11 Civ. 0325 (RJH)

## DECLARATION IN SUPPORT OF MOTION FOR PERMISSION TO ARGUE OR TRY CASE AS COUNSEL

COMMONWEALTH OF MASSACHUSETTS   )
                                                 ) ss:
COUNTY OF SUFFOLK                     )

      T. CHRISTOPHER DONNELLY, Esq., hereby affirms and declares that the following is true and correct under penalty of perjury:

      1.     I am a member in good standing of the bar of the Commonwealth of Massachusetts and counsel to plaintiffs Life Technologies Corporation and Applied Biosystems, LLC, and I make this declaration in support of my application, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for permission to argue or try the above captioned case in whole or part as counsel and advocate.

      2.     I have been a member in good standing of the bar of the Commonwealth of Massachusetts since 1982, and am a partner in the law firm of Donnelly, Conroy & Gelhaar, LLP, Boston, Massachusetts. A Certificate of Good Standing issued by the

Massachusetts Supreme Judicial Court within the past thirty days is submitted herewith as Exhibit A. (I am not a member of the bars of any other states.)

3. I am a member in good standing of the bars of the United States District Court for the District of Massachusetts, and United States Courts of Appeals for First, Second, Ninth and Federal Circuits, and the United States Supreme Court.

4. I am a graduate of the University of Michigan Law School, and served as law clerk in this court to Judge Lawrence Pierce (1980-81), and in the Court of Appeals for the Second Circuit (1981-82).

5. I have extensive experience arguing and trying cases in the state and federal courts, and am familiar with federal court civil practice and procedure.

WHEREFORE, I respectfully request that this motion be granted permitting me to argue and try this case as counsel be granted.

Executed on the 9th day of January, 2011.

T. Christopher Donnelly

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **December** A.D. **1982**, said Court being the highest Court of Record in said Commonwealth:

## Thomas C. Donnelly

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-seventh** day of **January** in the year of our Lord **two thousand and eleven**



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116

Certificate of Service

I hereby certify that on the 15th day of February 2011, true and correct copies of the Motion to Admit T. Christopher Donnelly as Counsel Pro Hac Vice, the supporting Affidavit of Stanley K. Shapiro, Declaration of T. Christopher Donnelly, and Proposed Order for Admission of Counsel Pro Hac Vice, were served upon the attorneys for defendants by first class mail, at the following address.

    Williams & Connolly LLP
    725 12th St. NW
    Washington, D.C. 20005

Dated: February 15, 2011
       New York, New York

_____
Stanley K. Shapiro