UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIFE TECHNOLOGIES CORPORATION and
APPLIED BIOSYSTEMS LLC,

                              Plaintiffs,

       -against-

AB SCIEX PTE. LTD. and
DH TECHNOLOGIES DEVELOPMENT
PTE. LTD.,

                             Defendants.



11 Civ. 0325 (RJH)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

**PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York,** I, Tobin J. Romero, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        Katherine Turner
        Williams & Connolly LLP
        725 12th St NW
        Washington, D.C.  20005
        202-434-5000
        202-434-5029 (fax)
        kturner@wc.com

Katherine Turner, is a member in good standing of the Bar of the State of New York and the District of Columbia. There are no pending disciplinary proceeding against Katherine Turner in any State or Federal court.

Dated:        February 10, 2011
                  Washington, D.C.

                                            Respectfully submitted,

                                            Tobin J. Romero
                                            TR8896

Williams & Connolly LLP
725 12th St NW
Washington, D.C.  20005
202-434-5000
202-434-5029 (fax)
tromero@wc.com
*Attorney for Defendants AB Sciex*
*Pte. Ltd. and DH Technologies*
*Development Pte. Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION and APPLIED BIOSYSTEMS LLC,<br><br>                              Plaintiffs,<br><br>            -against-<br><br>AB SCIEX PTE. LTD. and<br>DH TECHNOLOGIES DEVELOPMENT<br>PTE. LTD.,<br><br>                              Defendants. | 11 Civ. 0325 (RJH)<br><br>**AFFIDAVIT OF TOBIN ROMERO**<br>**IN SUPPORT OF MOTION TO ADMIT**<br>**COUNSEL PRO HAC VICE** |

Tobin J. Romero, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Williams & Connolly LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Katherine Turner as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 22, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Katherine Turner since November 2005.

4. Ms. Turner is an associate at Williams & Connolly LLP.

5. I have found Ms. Turner to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Ms. Turner, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Katherine Turner, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Katherine Turner, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated:   February 10, 2011
         Washington, D.C.

Notarized: *[signature]*

**Annalisa Leandri**
**Notary Public, District of Columbia**
**My Commission Expires 03/31/13**

Respectfully submitted,

*[signature]*

Tobin J. Romero
TR8896
Williams & Connolly LLP
725 12th St NW
Washington, D.C.  20005
202-434-5000
202-434-5029 (fax)
tromero@wc.com
*Attorney for Defendants AB Sciex Pte. Ltd. and DH Technologies Development Pte. Ltd.*



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Katherine Marie Turner

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **26th day of January, 2005**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **1st day of February, 2011.**



Robert D. Mayberger
Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

KATHERINE M. TURNER

was on the 12TH day of DECEMBER, 2005 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 2, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
     Deputy Clerk

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIFE TECHNOLOGIES CORPORATION and
APPLIED BIOSYSTEMS LLC,

        Plaintiffs,

-against-

AB SCIEX PTE. LTD. and
DH TECHNOLOGIES DEVELOPMENT
PTE. LTD.,

        Defendants.

11 Civ. 0325 (RJH)

**ORDER FOR ADMISSION**

**PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of attorney Tobin J. Romero for and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Katherine Turner
    Williams & Connolly LLP
    725 12th St NW
    Washington, D.C.  20005
    202-434-5000
    202-434-5029 (fax)
    kturner@wc.com

is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:     February___, 2011           SO ORDERED:

            New York, New York

                                                                Hon. Richard J. Holwell
                                                                  United States District Judge

## Certificate of Service

I hereby certify that a true and correct copy of Motion to Admit Counsel Pro Hac Vice, the supporting Affidavit, and [Proposed] Order for Admission of Counsel Pro Hac Vice were served upon the following counsel by first class mail on this the 10th day of February 2011.

Stanley K. Shapiro
225 Broadway
Suite 1803
New York, New York 10007
(212) 693-1076
(212) 406-3677 (fax)
stanleykshapiro@aol.com
*Attorney for Life Technologies Corporation
and Applied Biosystems, LLC*

                                              Tobin J. Romero
                                              TR 8896